**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000475**
**21-JUN-2024**
**12:01 PM**
**Dkt. 78 OCOR**

NO. CAAP-23-0000475

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

G.W., Petitioner-Appellee, v.
D.C., Respondent-Appellant,
and
CHILD SUPPORT ENFORCEMENT AGENCY,
STATE OF HAWAIʻI, Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1PP201006366)

ORDER OF CORRECTION
(By: Wadsworth, J., for the court[1])

The Summary Disposition Order, filed on June 21, 2024, is hereby corrected as follows:

On page 10, in the first line of the signature block, replace the letter "g" in the name "Kathering" with an "e" so that the line reads:

/s/ Katherine G. Leonard

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, June 21, 2024.

/s/ Clyde J. Wadsworth
Associate Judge

---

[1] Leonard, Presiding Judge, and Wadsworth and McCullen, JJ.